UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AMBER TRIPLETT,<br>Plaintiff, | Case No. 1:17-cv-618<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| COMMISSIONER OF<br>SOCIAL SECURITY,<br>Defendant. | **ORDER** |

This matter is before the Court on plaintiff's motion to stay proceedings, which the Commissioner has not opposed. (Doc. 9). Plaintiff requests that the proceedings in this matter be stayed pending resolution of the appeals filed in *Hicks, et. al. v. Berryhill*, No. 17-5206 (6th Cir. 2017) as the issues presented in her case mirror those presented in *Hicks*. (*Id.* at 1-2). For the reasons stated by plaintiff in support of her motion, and for good cause shown, plaintiff's unopposed motion to stay the proceedings in this matter is **GRANTED** pending the Sixth Circuit's decision in *Hicks*.

Date: 1/16/2018

Karen L. Litkovitz
United States Magistrate Judge