UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AMBER TRIPLETT, | ) |
| Plaintiff | ) Case No. 1:17-cv-618 |
| v. | ) Judge Barrett |
| | ) Magistrate Judge Litkovitz |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant | ) |

## ORDER

THE COURT, having reviewed the Commissioner's Motion for Stay, and being fully advised in the premises, HEREBY ORDERS that the motion is granted. This matter is hereby held in abeyance pending resolution by the Sixth Circuit of the EAJA petitions in similar cases. Within ten (10) days of the Sixth Circuit's ruling in *Griffith v. Commissioner of Social Security*, 19-6395, the Commissioner of Social Security will file a notice notifying the Court of the Sixth Circuit's ruling.

**AND IT IS SO ORDERED.**

DATED this 28 day of Feb., 2019.

Karen L. Litkovitz
United States Magistrate Judge