**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Amber Triplett,

    Plaintiff,

        v.                              Case No.   1:17cv618

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 10, 2021 (Doc. 27).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 27) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 27) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion for Attorney's Fees (Doc. 18) is **DENIED**.

    **IT IS SO ORDERED.**

                                                        /s/ *Michael R. Barrett*
                                                        Michael R. Barrett, Judge
                                                        United States District Court